UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RHONDA TARRANTS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV1990 JCH |
| ) | |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court upon Plaintiff's Motion to Appoint Mediator to Serve Pro Bono, filed June 27, 2008. (Doc. No. 9). Upon consideration, the Court will grant Plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Appoint Mediator to Serve Pro Bono (Doc. No. 9) is **GRANTED**.[1]

Dated this 8th day of July, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

---

[1] The Court declines the parties' request to appoint a particular mediator, leaving that decision instead to the parties themselves.